IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN R. MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:21-cv-2077-RLY-MG |
| v. | ) |
| | ) |
| CENTERSTONE OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised herein, now finds that the Stipulation is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed, with prejudice.

SO ORDERED THIS 28th day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.